FILED

MAR 13 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| TOMAS LEMUS and BLANCA REYES LEMUS,<br><br>　　　　　Petitioners,<br><br>　v.<br><br>ERIC H. HOLDER, Jr., Attorney General,<br><br>　　　　　Respondent. | No. 12-73596<br><br>PRO BONO<br><br>Agency Nos. A091-821-068<br>　　　　　　　A200-787-886<br><br>ORDER |

　　　Pursuant to this court's February 25, 2013 order directing the Clerk to appoint pro bono counsel, Aaron D. Ford, Esq., Justin L. Carley, Esq., and Charles E. Gianelloni, Esq., are hereby appointed to represent petitioner Tomas Lemus for purposes of this petition for review, including proceedings in the United States District Court for the District of Nevada to conduct a de novo review of petitioner's citizenship claim.  The Clerk shall amend the docket to reflect that Aaron D. Ford, Esq., Justin L. Carley, Esq., and Charles E. Gianelloni, Esq., Snell & Wilmer L.L.P., 3883 Howard Hughes Parkway, Suite 1100, Las Vegas, NV 89169, Email: aford@swlaw.com, jcarley@swlaw.com, cgianelloni@swlaw.com, are pro bono counsel of record for petitioner Tomas Lemus.

kd/Pro Bono

Within 14 days after the date of this order, pro bono counsel shall register on the court's website for electronic filing/noticing with the Case Management/ Electronic Case Files (CM/ECF) system, if counsel has not already done so.

The issue of petitioner Tomas Lemus's citizenship is hereby transferred to the United States District Court for the District of Nevada.  This petition for review is stayed and all pending motions are held in abeyance pending district court proceedings.  Within 60 days after the date of this order, and every 60 days thereafter, petitioner shall file a status report with respect to the pending district court proceedings.

Within 30 days after the conclusion of the district court proceedings. petitioner shall file: (1) a motion for voluntary dismissal under Federal Rule of Appellate Procedure 42(b); or (2) a status report and motion for appropriate relief.

Failure to comply with this order may result in the dismissal of this petition for review.  *See* 9th Cir. R. 42-1.

The Clerk shall serve a copy of this order on the Clerk of Court for the United States District Court for the District of Nevada.

For the Court:

MOLLY C. DWYER
Clerk of the Court

By: Katie de la Serna
Deputy Clerk

kd/Pro Bono                                                                                                          12-73596